# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL VALDEZ MENDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:22-cv-01416-EPG-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR COPIES OF GOVERNMENT'S RESPONSE AND DOCKET SHEET<br><br>(ECF No. 11)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF MOTION TO DISMISS (ECF No. 8) AND DOCKET SHEET |

Petitioner Luis Miguel Valdez Mendez is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 13, 2023, Respondent filed a motion to dismiss the petition. (ECF No. 8.) Before the Court is Petitioner's request for service of the government's response and a copy of the docket sheet. (ECF No. 11.) Therein, Petitioner indicates that there have been issues with the institutional mail system and that he has not received Respondent's response to the petition. Petitioner also requests a copy of the docket sheet so that he may ascertain what documents have been filed in this action.

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's request (ECF No. 11) is GRANTED;

2. The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's motion to dismiss (ECF No. 8) and a copy of the docket sheet;

3. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and

4. Any reply to an opposition to the motion to dismiss may be filed within fourteen (14) days after the opposition is served.

IT IS SO ORDERED.

Dated:   **March 15, 2023**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2