PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LUIS VALDEZ MENDEZ,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI-MENDOTA,<br><br>　　　　　　　　Respondent. | CASE NO.  1:22-CV-01416-EPG-HC<br><br>ORDER SEALING DOCUMENTS  AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in Respondent's Request to Seal, IT IS HEREBY ORDERED that Appendix (ECF 17-1) to the Respondent's Memorandum in Support of its Motion to Dismiss and Response to Petitioner's 2241 Petition pertaining to Miguel Luis Valdez Mendez, and Respondent's Request to Seal, shall be SEALED until further order of this Court.

It is FURTHER ORDERED that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Respondent's Request, sealing the Request and Appendix (ECF 17-1) serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Respondent would be harmed. In light of the public filing of the government's Notice to Seal, the Court further finds that there are no

1 additional alternatives to sealing the government's Request and Appendix that would adequately protect
2 the compelling interests identified by the respondent.

IT IS SO ORDERED.

    Dated: __May 24, 2023__            /s/ *Erica P. Grosjean*
                                           UNITED STATES MAGISTRATE JUDGE